

# NUMBER 13-12-00354-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

EAST RIO HONDO WATER
SUPPLY CORPORATION,                                          Appellant,

v.

MADISON CHEMICAL INDUSTRIES, INC.,                          Appellee.

## On appeal from the 444th District Court
## of Cameron County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Vela
### Memorandum Opinion Per Curiam

Appellant, East Rio Hondo Water Supply Corporation, perfected an appeal from a judgment entered by the 444th District Court of Cameron County, Texas, in cause number 2009-06-3806-H. Appellant has filed a motion to dismiss the appeal and requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
28th day of June, 2012.